UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DORIS F. LINTON,** CASE NO. **3:12-cv-307**

Plaintiff, **Judge Timothy S. Black**

**-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found to be **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and it is **REVERSED;** this matter is **REMANDED** to the Commissioner for an immediate award of DIB benefits, beginning on August 16, 2002 and ending March 31, 2008, and SSI benefits, beginning on August 16, 2002 and ending on October 31, 2009; and this case is **CLOSED** from the docket of the Court.

Date: November 20, 2013         **JOHN P. HEHMAN, CLERK**

                                By: _s/ M. Rogers_
                                Deputy Clerk